PD-0877-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/20/2015 10:25:16 AM
Accepted 8/20/2015 2:24:15 PM
ABEL ACOSTA
CLERK

NO. PD-0877-15

## COURT OF CRIMINALS APPEALS
## AUSTIN

## EX PARTE JOSÉ RICKY ESPINOZA

### APPELLANT'S SECOND UNOPPOSED
### MOTION TO EXTEND TIME TO FILE PETITION

Now comes José Ricky Espinoza, appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file a Petition for Discretionary Review. This motion is made according to Rules 38.6 and 10.5(b) of the Texas Rules of Appellate Procedure and for good cause appellant shows the Court the following:

### I.

The Appellant is not currently incarcerated.

### II.

This case is on appeal from the Parker County Court which denied Appellant habeas relief on April 30, 2015.

*Appellant's Second Motion for Extension*

FILED IN
COURT OF CRIMINAL APPEALS

August 20, 2015

ABEL ACOSTA, CLERK

III.

This case was styled "Ex Parte Angel Ricky Espinoza A/K/A José Ricky Angel Espinoza" in the Second Court of Appeals, Appellate Cause No. 02-15-00074-CR.

Judgment was issued in this matter without briefing on April 30, 2015 after the case was immediately set for review by a panel of the appellate court. Appellant's Motion for Rehearing was filed May 28 and disposed of on June 18, 2015. Appellant's deadline to file a Petition for Discretionary review is July 20, 2015.

IV.

Appellant requests a one (1) day extension to file his petition. This will extend the filing date until Thursday, August 20, 2015.

V.

Appellant relies on the following facts as good cause for the requested extension:

The Petition for Discretionary Review in this matter was timely

filed with the Second Court of Appeals. Appellant seeks leave to refile with the Court of Criminal Appeals.

## VI.

No previous requests for extension of time to file have been sought or granted.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Appellant makes this prayer for extension that the Court grant a one (a) day extension of time until August 20, 2015, and avers that this request is not done merely for delay, but that justice may be done and, toward that end, that an informed and concise petition may be filed with this Court.

Respectfully, submitted,

Todd Greenwood
Attorney at Law
900 Eighth. Street
Suite 716
Wichita Falls, Texas 76301
Tel./Fax: (940) 689-0707

[/s] Todd Greenwood
Todd Greenwood
State Bar No. 24048111

## CERTIFICATE OF CONFERENCE

Prior to the filing of this motion, I made several attempts to confer with Natalie Barrett, the Parker County Assistant Attorney assigned to this case. I emailed this request to her office and received no objection to the extension.

[/s] Todd Greenwood
Todd Greenwood

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was emailed to the Parker County Attorney's Office, 1112 Santa Fe Drive, Weatherford, Texas 76087 on the 20th day of August 2015 and to the State Prosecuting Attorney at P.O. Box 13046, Austin, Texas 78711-3046.

[/s] Todd Greenwood
Todd Greenwood